**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Joaquin RAMIREZ, Defendant–
Appellant.**

**No. 13–14165
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 10, 2014.

Michelle Thresher Taylor, Arthur Lee Bentley, III, Matthew Jackson, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Howard C. Anderson, Federal Public Defender's Office, Tampa, FL, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Joaquin Ramirez, Coleman, FL, pro se.

Before MARCUS, PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

Rosemary Cakmis, appointed counsel for Joaquin Ramirez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Ramirez's convictions and sentences are **AFFIRMED.**